1  Dolly M. Trompeter (CSBN 235784)
2  Attorney At Law
   2261 Market Street, No. 185
3  San Francisco, CA 94114
   Telephone:    415 271-8604
4  Fax:          415 431-0279
5
   Attorney for Plaintiff Ahmad R. Barat
6
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Ahmad R. Barat** | ) | Civil No. 3:09-cv-~~02356~~ 02536 MHP |
| | ) | |
| | ) | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | ) | |
| v. | ) | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file her motion for summary judgment. Plaintiff's motion, which was formerly due on November 4, 2010 will now be due on December 6, 2010. This extension is necessary to provide further opportunity for review and analysis of

1

this case.  The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

    This is Plaintiff's first request for an extension.

Dated:  _11/3/10                    /s/_*Dolly M. Trompeter*

                                DOLLY M. TROMPETER, ESQ.
                                Attorney for Plaintiff


                                JOSEPH P. RUSSONIELLO
                                United States Attorney


Dated:  __11/3/10         By:   /s/ *Odell Grooms*_____
                          *(as authorized via email on November 2, 2010)*
                                ODELL GROOMS, ESQ.
                                Special Assistant U.S. Attorney


PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file her motion for summary judgment, up to and including December 6, 2010.


Dated:  11/4/2010                    _____
                                MARILYN
                                Senior J
                                United S

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court, Northern District of California]*