```
Dolly M. Trompeter(CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:    415 271-8604
Fax:          415 431-0279
```

Attorney for Plaintiff <u>Ahmad R. Barat</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| <u>**Ahmad R. Barat**</u>          )<br>                              )<br>                              )<br>                              )<br>                              )<br>                              )<br>         Plaintiff,          )<br>                              )<br>    v.                        )<br>                              )<br><u>**MICHAEL J. ASTRUE**</u>,        )<br>Commissioner of              )<br>Social Security,             )<br>                              )<br>         Defendant.          )<br>_____) | Civil No. 3:09-cv-02536 MHP<br>(2536 written above 2356 struck through)<br><br>**<u>STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>** |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file her motion for summary judgment.  Plaintiff's motion, which was formerly due on December 6, 2010 will now be due on January 5, 2011.  This extension is necessary to provide further opportunity for review and analysis of this case.

1

The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

This is Plaintiff's second request for an extension.

Dated: _12/6/10_     /s/_Dolly M. Trompeter_

DOLLY M. TROMPETER, ESQ.
Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney


Dated: __12/6/10    By: /s/ Odell Grooms_____

*(as authorized via telephone conversation on December 6, 2010)*

ODELL GROOMS, ESQ.
Special Assistant U.S. Attorney


PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file her motion for summary judgment, up to and including January 5, 2011.


Dated: 1/3/2011     _____

MARILYN H. PATEL
Senior Judge,
United States District Court

*IT IS SO ORDERED — Judge Marilyn H. Patel*

2