```
Dolly M. Trompeter(CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:     415 271-8604
Fax:           415 431-0279
```

Attorney for Plaintiff <u>Ahmad R. Barat</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Ahmad R. Barat** | ) | Civil No. 3:09-cv-02536 MHP |
| | ) | |
| | ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) | **EXTENDING PLAINTIFF'S TIME TO FILE** |
| | ) | **PLAINTIFF'S MOTION FOR SUMMARY** |
| | ) | **JUDGMENT** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file his motion for summary judgment.  Plaintiff's motion, which was formerly due on January 5, 2011 will now be due on February 4, 2011.  This extension is necessary to provide further opportunity for review and analysis of

1

this case.  The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

    This is Plaintiff's third request for an extension.

Dated:  _1/5/11_                /s/_Dolly M. Trompeter_

                                 DOLLY M. TROMPETER, ESQ.
                                 Attorney for Plaintiff


                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney

Dated:  __1/5/11_        By:  /s/ _Odell Grooms_____

                                 *(as authorized via email on 1/5/11)*
                                 ODELL GROOMS, ESQ.
                                 Special Assistant U.S. Attorney


PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file his motion for summary judgment, up to and including February 4, 2011.


Dated:  _1/6/2011_____        _____
                               MARILYN H. PATEL
                               Senior Judge
                               United States District Court

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel)*