Dolly M. Trompeter(CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:     415 271-8604
Fax:           415 431-0279

Attorney for Plaintiff Ahmad R. Barat

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| **Ahmad R. Barat** | ) | Civil No. 3:09-cv-02536 MHP |
| --- | --- | --- |
| | ) | |
| | ) | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | ) | |
| v. | ) | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file his motion for summary judgment.  Plaintiff's motion, which was formerly due on February 4, 2011, will now be due on March 7, 2011.  This extension is necessary to provide further opportunity for review and analysis of this case.

1

The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

This is Plaintiff's fourth request for an extension.

Dated: _2/3/11_                    /s/_Dolly M. Trompeter_

                                   DOLLY M. TROMPETER, ESQ.
                                   Attorney for Plaintiff


                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney


Dated: __2/4/11_        By:  /s/ _Elizabeth Barry_____
                             (as authorized via email on 2/4/11)
                                   ELIZABETH BARRY, ESQ.
                                   Special Assistant U.S. Attorney


PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file his motion for summary judgment, up to and including March 7, 2011.


Dated: 2/7/2011_____            _____
                                MARILYN H. PATEL
                                Senior Judge
                                United States District Court

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*

2