```
Dolly M. Trompeter(CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:     415 271-8604
Fax:           415 431-0279
```

Attorney for Plaintiff <u>Ahmad R. Barat</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Ahmad R. Barat** | ) | Civil No. 3:09-cv-02536 MHP |
| | ) | |
| | ) | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | ) | |
| v. | ) | |
| **MICHAEL J. ASTRUE**, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file his motion for summary judgment. Plaintiff's motion, which was formerly due on March 7, 2011, will now be due on April 6, 2011. This extension is necessary due to Plaintiff's counsel suffering physical injury. The parties

1

further stipulate that the Court's Procedural Order shall be modified accordingly.

    This is Plaintiff's fifth request for an extension.

Dated: _3/5/11_                /s/_*Dolly M. Trompeter*_

                                   DOLLY M. TROMPETER, ESQ.
                                   Attorney for Plaintiff


                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

Dated: __3/3/11_         By:  /s/ *Elizabeth Barry*_____

                                   *(as authorized via email on 3/3/11)*
                                   ELIZABETH BARRY, ESQ.
                                   Special Assistant U.S. Attorney


PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file his motion for summary judgment, up to and including April 6, 2011.


Dated: 3/7/2011                      _____
                                   MARILYN H. PATEL
                                   Senior Judge
                                   United States District Court