UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AHMAD R. BARAT,

               Claimant,          No. C 09-02536 MHP

  v.

**JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of Social Secuirty,

               Defendant.
_____/

      This action having come before this Court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented in accordance with the standing procedural order of this Court, and an Order having been duly filed herein,

      IT IS ORDERED AND ADJUDGED that claimant's motion for summary judgment is GRANTED and defendant's cross-motion for summary judgment is DENIED, and that the action is REMANDED for proceedings consistent with this court's memorandum and order.

      This judgment is entered pursuant to sentence four of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g).[1]

Date:  June 16, 2011

                                                             _____
                                                             MARILYN HALL PATEL
                                                             District Judge
                                                             United States District Court
                                                             Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

**ENDNOTES**

1.  Without opining on the merits of an attorneys' fee application, the court notes that the time within which to make an application for attorneys' fees commences to run with the filing of this judgment.